**Fill in this information to identify the case:**

Debtor 1 _____Ronald L. Martin_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court of the: __Eastern__   District of __Pennsylvania__
(State)

Case number __24-11695 AMC__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** loanDepot.com, LLC    **Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 3948

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously Approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | 07/08/2024 | (5) $ | 380.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: _____ | | (10) $ | |
| 11. Other. Specify: Plan Review | 05/24/2024 | (11) $ | 570.00 |
| 12. Other. Specify: _____ | | (12) $ | |
| 13. Other. Specify: _____ | | (13) $ | |
| 14. Other. Specify: _____ | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are queried to be paid. See 11 U.S.C. § 1322)b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Ronald | L. | Martin | Case number (if known) | 24-11695 AMC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Karina Velter, Esquire          Date  07/19/2024
    Signature

Print   Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq. / Karina Velter, Esq.          Title   Attorney
        First Name        Middle Name        Last Name

Company   Powers Kirn, LLC

Address   8 Neshaminy Interplex, Suite 215
          Number        Street
          Trevose, PA   19053
          City                State    ZIP Code

Contact phone   215-942-2090          Email   bankruptcy@powerskirn.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Ronald L. Martin<br><br>Debtor(s)<br><br>loanDepot.com, LLC<br><br>Movant<br>v.<br>Ronald L. Martin<br><br>Respondent | Case No.: 24-11695 AMC |

## CERTIFICATION OF SERVICE OF NOTICE OF
## POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on July 19, 2024.

  The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia PA  19107
info@ph13trustee.com
Trustee

Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102
brad@sadeklaw.com
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

Ronald L. Martin
1310 Scott Avenue
Sharon Hill PA  19079
Debtor

Dated:  July 19, 2024

  /s/ Karina Velter, Esquire

POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant